LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| M.D., O.F., and J.P., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 3:24-cv-06369-AMO<br><br>**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing: July 10, 2025<br>Time: 2:00 p.m.<br>Location: Courtroom 10—19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

I, Melanie M. Blunschi, hereby declare as follows:

1. I am a partner of Latham & Watkins LLP, counsel of record for defendant Meta Platforms, Inc. ("Meta") in the above-captioned action. I am an attorney admitted to practice law in the State of California and am admitted to practice before this Court. I submit this declaration in support of Meta's Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss"). I make this declaration based on my personal knowledge.

**Meta Webpages**

2. Attached hereto as Exhibit 1 is a true and correct copy of a webpage entitled, "About Meta Pixel," which is publicly available at https://www.facebook.com/business/help/742478679120153?id=1205376682832142.

3. Attached hereto as Exhibit 2 is a true and correct copy of a webpage entitled, "Best practices for Meta Pixel setup," which is publicly available at https://www.facebook.com/business/help/218844828315224?id=1205376682832142.

4. Attached hereto as Exhibit 3 is a true and correct copy of a webpage entitled, "About standard and custom website events," which is publicly available at https://www.facebook.com/business/help/964258670337005?id=1205376682832142.

5. Attached hereto as Exhibit 4 is a true and correct copy of a webpage entitled, "Advanced – Meta Pixel," which is publicly available at https://developers.facebook.com/docs/meta-pixel/advanced/.

**BlueChew Sign-Up Pages**

6. Attached hereto as Exhibit 5 is a true and correct copy of BlueChew's sign-up page dated February 3, 2021 as it appeared on February 3, 2021, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20210206071731/https://bluechew.com/register. This page appears after a visitor clicks either "Get Started" and then "Choose This Plan," *see* FAC ¶¶ 20-21, or just "Choose This Plan," on the homepage of the version of BlueChew's website that appears at https://web.archive.org/web/20210206071731/https://bluechew.com/.

7. Attached hereto as Exhibit 6 is a true and correct copy of BlueChew's sign-up page as it appeared on March 9, 2022, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20220309044325/https://app.bluechew.com/register?pid=3. This page appears after a visitor clicks either "Get Started" and then "Choose This Plan," FAC ¶¶ 20-21, or just "Choose This Plan," on the homepage of the version of BlueChew's website that appears at https://web.archive.org/web/20220309044231/https://bluechew.com/.

8. Attached hereto as Exhibit 7 is a true and correct copy of BlueChew's sign-up page as it appeared on October 8, 2022, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20221008031638/https://app.bluechew.com/register?pid=3. This page appears after a visitor clicks either "Get Started" and then "Choose This Plan," *see* FAC ¶¶ 20-21, or just "Choose This Plan," on the homepage of the version of BlueChew's website that appears at https://web.archive.org/web/20221008031627/https://bluechew.com/.

9. Attached hereto as Exhibit 8 is a true and correct copy of BlueChew's sign-up page as it appeared on March 29, 2023, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20230329100820/https://app.bluechew.com/register?pid=3. This page appears after a visitor clicks either "Get Started" and then "Choose Plan," *see* FAC ¶¶ 20-21, or just "Choose Plan," on the homepage of the version of BlueChew's website that appears at https://web.archive.org/web/20230329100910/https://bluechew.com/.

10. Attached hereto as Exhibit 9 is a true and correct copy of BlueChew's sign-up page as it appeared on February 20, 2025, which is publicly available at https://app.bluechew.com/register?pid=32&coupon=AIRDROP20&_gl=1*esdtel*_gcl_au*MjA5ODc1NzkxMS4xNzM4Njk0MDIw*_ga*NTI0Nzg0OTA0LjE3MzA5MTM5NDc.*_ga_YM0FJ9BBEQ*MTc0MDEwMTAyOC40MS4xLjE3NDAxMDE2MTcuNjAuMC4w. This page

appears after a visitor clicks either "Get Started" and then "Choose Plan," *see* FAC ¶¶ 20-21, or just "Choose Plan," on the homepage of BlueChew's website.

**BlueChew Terms & Conditions**

11. Attached hereto as Exhibit 10 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on November 21, 2021, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20211121063752/https://bluechew.com/terms-and-conditions/.

12. Attached hereto as Exhibit 11 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on March 9, 2022, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20220309044313/https://bluechew.com/terms-and-conditions.

13. Attached hereto as Exhibit 12 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on September 30, 2022, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20220930060325/https://bluechew.com/terms-and-conditions.

14. Attached hereto as Exhibit 13 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on March 29, 2023, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20230329100910/https://app.bluechew.com/terms-and-conditions.

15. Attached hereto as Exhibit 14 is a true and correct copy of BlueChew's Terms & Conditions, effective June 17, 2024 and as they appeared on August 6, 2024, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20240806162850/https://bluechew.com/terms-and-conditions.

**BlueChew Privacy Policies**

16. Attached hereto as Exhibit 15 is a true and correct copy of BlueChew's Privacy Policy as it appeared on November 5, 2021, which is publicly available from the Internet

Archive Wayback Machine at https://web.archive.org/web/20211105171706/https://bluechew.com/privacy-and-security/.

17. Attached hereto as Exhibit 16 is a true and correct copy of BlueChew's Privacy Policy as it appeared on March 9, 2022, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20220309044311/https://bluechew.com/privacy-and-security.

18. Attached hereto as Exhibit 17 is a true and correct copy of BlueChew's Privacy Policy as it appeared on October 8, 2022, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20221008031652/https://bluechew.com/privacy-and-security.

19. Attached hereto as Exhibit 18 is a true and correct copy of BlueChew's Privacy Policy as it appeared on March 29, 2023, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20230329100824/https://bluechew.com/privacy-and-security.

20. Attached hereto as Exhibit 19 is a true and correct copy of BlueChew's Privacy Policy, effective as of June 17, 2024 and as it appeared on August 16, 2024, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20240816070443/https://bluechew.com/privacy-and-security.

**<u>Meta Business Tools Terms</u>**

21. Attached hereto as Exhibit 20 is a true and correct copy of Meta's current Business Tools Terms, effective as of April 25, 2023,which are publicly available at https://www.facebook.com/legal/terms/businesstools?_rdr.

22. Attached hereto as Exhibit 21 is a true and correct copy of Meta's Business Tools Terms, effective August 31, 2020 and as they appeared on January 24, 2023, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20230124021255/https://www.facebook.com/legal/technology_term s.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of February 2025, in San Francisco, California.

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi