# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.D., O.F., and J.P., individually and on behalf of all others similarly situated , | Case No.  3:24-cv-06369-AMO |
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |
| GOOGLE LLC and META PLATFORMS, INC.. , | |
| Defendant. | |

On behalf of (party name) GOOGLE LLC                              , the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Cooley LLP - Benedict Y. Hur, Simona A. Agnolucci, Eduardo E. Santacana, Isabella McKinley Corbo

Name(s) of counsel withdrawing from representation and firm name:
Willkie Farr & Gallaghar- David D. Doak. Additionally, the counsel listed above are no longer associated with Willkie Farr & Gallagher LLP

Date: June 24, 2025

## [PROPOSED] ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____          _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California