LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

M.D. and O.F., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC and META PLATFORMS, INC.,

Defendants.

Case No. 3:24-cv-06369-AMO

**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

Hearing: April 30, 2026
Time: 2:00 p.m.
Location: Courtroom 10—19th Floor
Judge: Hon. Araceli Martínez-Olguín

I, Melanie M. Blunschi, hereby declare as follows:

1. I am a partner of Latham & Watkins LLP, counsel of record for defendant Meta Platforms, Inc. ("Meta") in the above-captioned action. I am an attorney admitted to practice law in the State of California and am admitted to practice before this Court. I submit this declaration in support of Meta's Motion to Dismiss the Second Amended Class Action Complaint ("Motion to Dismiss"). I make this declaration based on my personal knowledge.

**Meta Webpages**

2. Attached hereto as Exhibit 1 is a true and correct copy a webpage entitled "About Meta Pixel," submitted as Exhibit 1 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-1, submitted again here for the Court's convenience.

3. Attached hereto as Exhibit 2 is a true and correct copy of a webpage entitled, "Best practices for Meta Pixel setup," submitted as Exhibit 2 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-2, submitted again here for the Court's convenience.

4. Attached hereto as Exhibit 3 is a true and correct copy of a webpage entitled, "About standard and custom website events," submitted as Exhibit 3 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-3, submitted again here for the Court's convenience.

5. Attached hereto as Exhibit 4 is a true and correct copy of a webpage entitled, "Advanced – Meta Pixel," submitted as Exhibit 4 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-4, submitted again here for the Court's convenience.

**BlueChew Sign-Up Pages**

6. Attached hereto as Exhibit 5 is a true and correct copy of BlueChew's sign-up page as it appeared on February 3, 2021, submitted as Exhibit 5 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-5, submitted again here for the Court's convenience.

7. Attached hereto as Exhibit 6 is a true and correct copy of BlueChew's sign-up page as it appeared on March 9, 2022, submitted as Exhibit 6 to the Declaration of Melanie M.

Blunschi filed on February 20, 2025, Dkt. 38-6, submitted again here for the Court's convenience.

8. Attached hereto as Exhibit 7 is a true and correct copy of BlueChew's sign-up page as it appeared on October 8, 2022, submitted as Exhibit 7 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-7, submitted again here for the Court's convenience.

9. Attached hereto as Exhibit 8 is a true and correct copy of BlueChew's sign-up page as it appeared on March 29, 2023, submitted as Exhibit 8 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-8, submitted again here for the Court's convenience.

10. Attached hereto as Exhibit 9 is a true and correct copy of BlueChew's sign-up page as it appeared on February 20, 2025, submitted as Exhibit 9 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-9, submitted again here for the Court's convenience.

**BlueChew Terms & Conditions**

11. Attached hereto as Exhibit 10 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on November 21, 2021, submitted as Exhibit 10 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-10, submitted again here for the Court's convenience.

12. Attached hereto as Exhibit 11 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on March 9, 2022, submitted as Exhibit 11 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-11, submitted again here for the Court's convenience.

13. Attached hereto as Exhibit 12 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on September 30, 2022, submitted as Exhibit 12 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-12, submitted again here for the Court's convenience.

14. Attached hereto as Exhibit 13 is a true and correct copy of BlueChew's Terms & Conditions as they appeared on March 29, 2023, submitted as Exhibit 13 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-13, submitted again here for the Court's convenience.

15. Attached hereto as Exhibit 14 is a true and correct copy of BlueChew's Terms & Conditions, effective June 17, 2024 and as they appeared on August 6, 2024, submitted as Exhibit 14 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-14, submitted again here for the Court's convenience.

**<u>BlueChew Privacy Policies</u>**

16. Attached hereto as Exhibit 15 is a true and correct copy of BlueChew's Privacy Policy as it appeared on November 5, 2021, submitted as Exhibit 15 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-15, submitted again here for the Court's convenience.

17. Attached hereto as Exhibit 16 is a true and correct copy of BlueChew's Privacy Policy as it appeared on March 9, 2022, submitted as Exhibit 16 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-16, submitted again here for the Court's convenience.

18. Attached hereto as Exhibit 17 is a true and correct copy of BlueChew's Privacy Policy as it appeared on October 8, 2022, submitted as Exhibit 17 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-17, submitted again here for the Court's convenience.

19. Attached hereto as Exhibit 18 is a true and correct copy of BlueChew's Privacy Policy as it appeared on March 29, 2023, submitted as Exhibit 18 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-18, submitted again here for the Court's convenience.

20. Attached hereto as Exhibit 19 is a true and correct copy of BlueChew's Privacy Policy, effective as of June 17, 2024 and as it appeared on August 16, 2024, submitted as

Exhibit 19 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-19, submitted again here for the Court's convenience.

**Meta Business Tools Terms**

21. Attached hereto as Exhibit 20 is a true and correct copy of Meta's Business Tools Terms, effective as of April 25, 2023, submitted as Exhibit 20 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-20, submitted again here for the Court's convenience.

22. Attached hereto as Exhibit 21 is a true and correct copy of Meta's Business Tools Terms, effective August 31, 2020 and as they appeared on January 24, 2023, submitted as Exhibit 21 to the Declaration of Melanie M. Blunschi filed on February 20, 2025, Dkt. 38-21, submitted again here for the Court's convenience.

**Meta User-Facing Webpages And Terms**

23. Attached hereto as Exhibit 22 is a true and correct copy of Facebook's sign-up page, which is publicly available at https://www.facebook.com/r.php.

24. Attached hereto as Exhibit 23 is a true and correct copy of Meta's Terms of Service, dated October 22, 2020, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20220101042655/https://www.facebook.com/terms/.

25. Attached hereto as Exhibit 24 is a true and correct copy of Meta's Terms of Service, dated January 4, 2022, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20220725034946/https://www.facebook.com/terms.php/.

26. Attached hereto as Exhibit 25 is a true and correct copy of Meta's Terms of Service, dated July 26, 2022, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20240901003500/https://www.facebook.com/legal/terms/.

27. Attached hereto as Exhibit 26 is a true and correct copy of Meta's Privacy Policy (then called the Data Policy), dated April 19, 2018, which is publicly available from the Internet

Archive Wayback Machine at https://web.archive.org/web/20180809002426/https://www.facebook.com/about/privacy/.

28. Attached hereto as Exhibit 27 is a true and correct copy of Meta's Privacy Policy (then called the Data Policy), dated January 4, 2022, which is publicly available at https://www.facebook.com/privacy/policy/version/20220104/.

29. Attached hereto as Exhibit 28 is a true and correct copy of Meta's Privacy Policy, dated July 26, 2022, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/5066055233450651/.

30. Attached hereto as Exhibit 29 is a true and correct copy of Meta's Privacy Policy, dated January 1, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/5407378522724295/.

31. Attached hereto as Exhibit 30 is a true and correct copy of Meta's Cookies Policy, dated June 23, 2021, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20211230091903/https://www.facebook.com/policy/cookies/.

32. Attached hereto as Exhibit 31 is a true and correct copy of Meta's Cookies Policy, dated January 4, 2022, which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20221004113131/https://www.facebook.com/policy/cookies/.

33. Attached hereto as Exhibit 32 is a true and correct copy of Meta's Cookies Policy, dated October 5, 2022, which is publicly available at https://www.facebook.com/privacy/policies/cookies/version/5567945786592090/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December 2025, in San Francisco, California.

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi