LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| M.D. and O.F., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 4:24-cv-06369-AMO<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT OF RECENT DECISIONS**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Meta Platforms, Inc. ("Meta") respectfully submits this Statement of Recent Decisions in connection with its pending motion to dismiss Plaintiffs' Second Amended Complaint (Dkt. 63).

Attached as Exhibit A is a true and correct copy of *Cox Commc'ns, Inc. v. Sony Music Ent.*, 146 S. Ct. 959 (2026), which is relevant to Meta's arguments in its motion to dismiss regarding the intent requirements of Plaintiffs' claims. *See* Mot. 18-21.

Attached as Exhibit B is a true and correct copy of *Timothee v. Meta Platforms, Inc*, No. 25-cv-05106-LB, 2026 WL 1130363 (N.D. Cal. April 27, 2026), which is relevant to Meta's arguments in its motion to dismiss regarding consent. *See* Mot. 9-14.

Attached as Exhibit C is a true and correct copy of *Sisti v. Bosley Inc. & Bosley Med. Grp.*, No. 2:25-cv-10669-JFW-DFMx, 2026 WL 1223927 (C.D. Cal. April 27, 2026), which is also relevant to Meta's arguments in its motion to dismiss regarding consent. *See* Mot. 9-14.

Each of these decisions was issued after Meta filed its reply in support of its motion to dismiss on February 20, 2026 (Dkt. 69).

Dated: June 30, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By <u>*/s/ Melanie M. Blunschi*</u>
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*