UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.D.                    ,

Plaintiff(s),

v.

GOOGLE LLC and META PLATFORMS, INC.
                    ,

Defendant(s).

Case No.  4:24-cv-06369-AMO

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ruth Hirsch , an active member in good standing of the bar of Distr it of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Meta Platforms, Inc. in the above-entitled action. My local co-counsel in this case is Melanie M. Blunschi , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 234264 .

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
MY ADDRESS OF RECORD

Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1.202.637.2200
MY TELEPHONE # OF RECORD

+1.415.391.0600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ruth.hirsch@lw.com
MY EMAIL ADDRESS OF RECORD

melanie.blunschi@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90021521 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____4____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  7/8/2026_____

/s/ Ruth Hirsch_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Ruth Hirsch_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  ____7/9/2026_____

ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2